UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.*
SAMUEL RUTA and BLAIR CONROY,

Plaintiffs,

v.

BIO-REFERENCE LABORATORIES, INC.,

Defendant.

11 Civ. 3850 (GBD)

[~~PROPOSED~~] UNSEALING ORDER



WHERAS, on or about December 16, 2010, Samuel Ruta and Blair Conroy ("Relators") filed a Complaint (the "Relators Complaint") under seal pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3729 *et seq.*, against defendant Bio-Reference Laboratories, Inc. ("Defendant") in the United States District Court for the District of New Jersey;

WHEREAS, on April 16, 2011, the action was transferred to this District, and on or about January 17, 2012, to this Court;

WHEREAS, on or about September 8, 2020, the United States filed a notice of Partial Intervention in this action (the "Notice of Partial Intervention");

WHEREAS, on or about September 8, 2020, the United States filed a Complaint-in-Intervention (the "Government Complaint") in this action against the Defendant;

WHEREAS, on or about September 8, 2020, the United States, Defendant, and Relators entered into a Stipulation and Order of Settlement and Dismissal (the "Settlement"); and

WHEREAS, on or about September 8, 2020, the United States and Relators entered into a Stipulation and Order of Settlement and Release (the "Relators Stipulation");

IT IS HEREBY ORDERED, that:

1. As of the date of this Order, the seal shall be lifted in this matter as to any filing occurring on or after that date, including this Order, the Notice of Partial Intervention, the Government Complaint, the Settlement, and the Relators Stipulation.

2. All documents filed with the Court in this matter prior to the date of this Order shall remain under seal, except for the Relators Complaint, which shall be unsealed.

Dated:    New York, New York
          September ___, 2020

SEP 1 4 2020

SO ORDERED:

_/s/ George B. Daniels_
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JDUGE

2